## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

<u>Elena Katz, et al.</u>

    v.                                Civil No. 07-cv-383-PB

<u>NH Department of Health
and Human Services, et al.</u>

**<u>ORDER GRANTING REQUEST TO
PROCEED IN FORMA PAUPERIS</u>**

Plaintiff's request to proceed <u>in</u> <u>forma</u> <u>pauperis</u> is hereby granted, but only for the purpose of waiving the filing fee.

**SO ORDERED.**

_/s/ James R. Muirhead_
James R. Muirhead
United States Magistrate Judge

Date:   November 30, 2007

cc:     Elena Katz, pro se