UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Elena Katz, et al.

        v.                Case No. 07-cv-383-PB

NH Department of Health and Human Services, et al.

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated December 6, 2007, no objection having been filed.

SO ORDERED.

January  9, 2008                /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge

cc:    Elena Katz, Pro se